FILED

09/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0297

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-22-0297

_____

CENTRON SERVICES, INC., dba CREDIT SYSTEMS,

Plaintiff and Appellant,

v.

CACHERAL D. DELOREAN,

Defendant and Appellee.

_____

ORDER GRANTING CENTRON'S MOTION TO EXTEND
BRIEFING DEADLINE

_____

Appellant, having moved the Court for an extention of time  pursuant to Montana Rule of

Appellant Procedure 26(1), and  good cause appearing, Appellant's Motion To Extend Time To

File Appellant's Brief is Granted. Appellant shall have an extension up to and including

September 23, 2022 in which to the Appellant's opening brief.

DATED this _____ day of September, 2022.

_____

cc:     Cacheral D. Delorean
        Greg W. Duncan

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2022